ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7781
WING YAN WONG, ESQ.
Nevada Bar No. 13622
GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Direct: (702) 577-9310
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
wwong@grsm.com

*Attorneys for Portfolio Recovery Associates, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DOMINICK J. CHIAPPARELLI,<br><br>Plaintiff,<br><br>vs.<br><br>PORTOFOLIO RECOVERY ASSOCIATES, LLC, a foreign limited liability company; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:17-cv-03098<br><br>**SUBSTITUTION OF COUNSEL FOR PORTFOLIO RECOVERY ASSOCIATES, LLC** |

TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORDS:

Defendant Portfolio Recovery Associates, LLC hereby substitutes Robert S. Larsen, Esq. and Wing Yan Wong, Esq. of Gordon Rees Scully Mansukhani, LLP as its attorneys of record in the place and stead of Kali Fox Miller, Esq. and to the withdrawal of Kali Fox Miler, Esq. as its attorney of record from this action.

Contact information for new counsel is as follows:

Robert S. Larsen, Esq.
Wing Yan Wong, Esq.
Gordon Rees Scully Mansukhani, LLP
300 S. Fourth Street, Suite 1550
Las Vegas, Nevada 89101

-1-

Telephone: (702) 577-9310
Facsimile: (702) 255-2858
Email: rslarsen@grsm.com
wwong@grsm.com

Dated: March 28, 2018.  PORTFOLIO RECOVERY ASSOCIATES, LLC

/s/ Steven R. Zahn
Name: Steven R. Zahn
Authorized representative for Portfolio Recovery Associates, LLC

I consent to the above substitution.

Dated: March 28, 2018.  PORTFOLIO RECOVERY ASSOCIATES, LLC

/s/ Kali Fox Miller
Kali Fox Miller, Esq.
Nevada Bar No. 11656
7455 Arroyo Crossing, Suite 220
Las Vegas, Nevada 89113

I consent to the above substitution.

Dated: March 28, 2018.  GORDON REES SCULLY MANSUKHANI, LLP

/s/ Wing Yan Wong
Robert S. Larsen, Esq.
Nevada Bar No. 7785
Wing Yan Wong, Esq.
Nevada Bar No. 13622
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** March 29, 2018