# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DOMINICK J. CHIAPPARELLI, ) | |
| ) | Case No. 2:17-cv-03098-GMN-NJK |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | (Docket No. 22) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, ) | |
| et al., ) | |
| Defendants. ) | |

Before the Court is Plaintiff and Defendant Equifax Information Services, LLC's notice of settlement. Docket No. 22. The Court **ORDERS** these parties to file a stipulation of dismissal no later than August 6, 2018.

IT IS SO ORDERED.

Dated: June 8, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge